UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8342-WM

UNITED STATES OF AMERICA

v.

JUAN ANGEL HERNANDEZ-LARA,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:   RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___KJZ___ D.C.
Aug 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 22-8342-WM |
| JUAN ANGEL HERNANDEZ-LARA, | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Andy Korzen, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: __August 9, 2022__

_____
Judge's signature

City and state: __West Palm Beach, FL__   William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Juan Angel HERNANDEZ-LARA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about July 27, 2022, Juan Angel HERNANDEZ-LARA was arrested in Palm Beach County, Florida for the offense of retail theft. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Juan Angel HERNANDEZ-LARA is a native and citizen of Honduras. Records further show that on or about December 1, 1988, Juan Angel HERNANDEZ-LARA was ordered deported. The Order of Deportation was executed on or about December 16, 1988, whereby Juan

1

Angel HERNANDEZ-LARA was deported from the United States and returned to Honduras.

5. Thereafter, Juan Angel HERNANDEZ-LARA re-entered the United States illegally and on or about April 21, 2000, was ordered removed. The Order of Removal was executed on or about January 17, 2001, whereby Juan Angel HERNANDEZ-LARA was removed from the United States and returned to Honduras.

6. Thereafter, Juan Angel HERNANDEZ-LARA re-entered the United States illegally, and was removed and returned to Honduras on three additional separate occasions, on or about following dates: November 26, 2001, January 21, 2005, and December 14, 2006.

7. Records further show that on or about September 1, 1988, in the United States District Court, Southern District of Texas, Juan Angel HERNANDEZ-LARA was convicted of the offense of unlawfully entering the United States at a place other than as designated by immigration officers, in case number L-88-692M.

8. Further review of the records shows that in the United States District Court, Southern District of Florida, Juan Angel HERNANDEZ-LARA was convicted in two separate cases of felony offenses, on or about October 5, 2001, of re-entry after deportation, case number 01-8054-CR-Ferguson, and on or about August 6, 2004, of illegal reentry into the United States after being deported, case number 04CR80060-001.

9. Juan Angel HERNANDEZ-LARA's fingerprints taken in connection with his July 27, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Juan Angel HERNANDEZ-LARA.

10. A records check was performed in the Computer Linked Application Informational Management System to determine if Juan Angel HERNANDEZ-LARA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan Angel HERNANDEZ-LARA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States, as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 27, 2022, Juan Angel HERNANDEZ-LARA, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __9th__ day of August 2022.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3